IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01801-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

TYLER MOORE,

    Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Tyler Moore filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on October 24, 2014 (ECF No. 15), it is

ORDERED that Defendant Tyler Moore and this action are **DISMISSED WITHOUT PREJUDICE**.

Dated:  October 27, 2014

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge